**93–90.** Phillips v. Garfield Hts. *Cuyahoga County*, No. 61095.
MOYER, C.J., and WRIGHT, J., dissent.

**93–92.** In re White. *Coshocton County*, No. 92CA7.
PFEIFER, J., dissents.

**93–96.** Davis v. McClain. *Carroll County*, No. 614.
MOYER, C.J., and WRIGHT, J., dissent.

**93–98.** Lesick v. Manning. *Columbiana County*, No. 91–C–70.

**93–101.** Usternal v. Gem Boat Serv., Inc. *Ottawa County*, No. 91–OT–051.
MOYER, C.J., and DOUGLAS, J., dissent.
RESNICK, J., not participating.

**93–113.** Allstate Ins. Co. v. LoBracco. *Franklin County*, Nos. 92AP–649 and 92AP–650.

**93–118.** Dowler v. Bath. *Hamilton County*, No. C–910428.
PFEIFER, J., dissents.
RESNICK, J., not participating.

**93–119.** Philpott v. Ernst & Whinney. *Cuyahoga County*, No. 61203.
DOUGLAS and WRIGHT, JJ., dissent.

**93–121.** Lavoy v. Cousino. *Lucas County*, No. L–92–130.
DOUGLAS, J., dissents.
RESNICK, J., not participating.

**93–122.** Leyda v. Ohio Mut. Ins. Assn. *Crawford County*, No. 3–92–37.
PFEIFER, J., dissents.

**93–123.** Shoreland Early Childhood Ctr., Inc. v. Alexander. *Lucas County*, No. L–91–388.
WRIGHT, J., dissents.

**93–134.** Fivecoat v. Harland. *Harrison County*, No. 444.
WRIGHT and PFEIFER, JJ., dissent.

**93–141.** Ossovicki v. Agway Ins. Co. *Ottawa County*, No. 92–OT–005.
RESNICK, J., not participating.

**93–142.** Montgomery v. Whisman. *Scioto County*, No. 2017.

**93–168.** State v. Deward. *Hamilton County*, No. C–920159.

**93–406.** Paris v. Mayfield Hts. Bd. of Zoning Appeals. *Cuyahoga County*, No. 63937.

## REHEARING DOCKET

**91–2254.** Herbst v. Resolution Trust Corp. *Stark County*, No. CA–8478. Reported at 66 Ohio St.3d 8, 607 N.E.2d 440. On motion for rehearing. Rehearing denied.

**92–1961.** State ex rel. Hawthorn v. Bixler. In Mandamus. Reported at 66 Ohio St.3d 1419, 607 N.E.2d 842. On motion for rehearing. Rehearing denied.

**92–2108.** Cleveland v. Holmes. *Cuyahoga County*, No. 64281. Reported at 66 Ohio St.3d 1419, 607 N.E.2d 842. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**92–2527.** Disciplinary Counsel v. Paxton. On motion for leave to file objections instanter. Motion denied.
DOUGLAS, WRIGHT and PFEIFER, JJ., dissent.